DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 138P12 | State v. Dartanya Levon Eaton | 1. State's Motion for Temporary Stay (COA11-956) | 1. Allowed **04/02/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 148P10-7 | State v. Lance Adam Goldman | Def's *Pro Se* Motion for Complaint (COAP12-225; COAP12-760) | Dismissed |
| 159P12 | Jeffrey A. and Lisa S. Hill, Individually and on Behalf of all Others Similarly Situated v. Stubhub, Inc. d/b/a Stubhub! and/or Stubhub.com, Justin Holohan, and John Doe Sellers 2, et al. | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA11-685)<br><br>2. Def's (Stubhub, Inc.) Motion for Admission of David J. Lender *Pro Hac Vice* | 1. Denied<br><br>2. Allowed<br><br>**Beasley, J., Recused** |
| 166P11-2 | State v. Haiber V. Montehermoso | Def's *Pro Se* Motion for NOA to Grant *Certiorari* Motion (COAP11-227) | Dismissed |
| 168P09-9 | State v. Clyde Kirby Whitley | 1. Def's *Pro Se* Motion for Petition to NC Supreme Court (COAP11-794)<br><br>2. Def's *Pro Se* Motion to Enforce Judgment<br><br>3. Def's *Pro Se* Motion to Enforce Plea Agreement<br><br>4. Def's *Pro Se* Motion for Clarification<br><br>5. Def's *Pro Se* Motion for Appointment of Counsel | 1. Dismissed<br><br>2. Dismissed<br><br>3. Dismissed<br><br>4. Dismissed<br><br>5. Dismissed as Moot |
| 169A11-2 | Hest Technologies, Inc., et al. v. State of North Carolina, et al. | 1. Plts' Motion to Temporary Stay<br><br>2. Plts' Petition for *Writ of Supersedeas* | 1. Denied **12/19/12**<br><br>2. Denied **12/19/12** |
| 181P10-2 | Brian Z. France v. Megan P. France | 1. Plt's Motion for Temporary Stay (COA12-284)<br><br>2. Plt's Petition for *Writ of Supersedeas* | 1. Allowed **1/14/13**<br><br>2.<br><br>**Beasley, J., Recused** |